\*\*E-Filed 12/8/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WADE ROBERTSON,<br><br>    Petitioner,<br><br>    v.<br><br>JUDGE RISE JONES PICHON,<br><br>    Respondent. | Case Number 5:10-cv-05027-JF<br><br>ORDER TO SHOW CAUSE |

Petitioner, who is represented by counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Venue is proper because Petitioner was convicted and sentenced in the Santa Clara Superior Court. *See* 28 U.S.C. § 2241(d) (providing that venue is proper in either the district in which the petitioner was convicted and sentenced or the district in which the petitioner is incarcerated).

IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve by certified mail a copy of the petition and a copy of this Order upon counsel for Respondent, the Attorney General of the State of California. The Clerk of the Court also shall serve a copy of this Order upon counsel for Petitioner, Marc Jonathan Zilversmit.

1     (2)    Respondent shall, within sixty (60) days after receiving this order, file and serve
2 upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing
3 Section 2254 Cases, showing cause why a writ of habeas corpus should not issue.  At the time
4 the answer is filed, Respondent shall lodge with the Court all records relevant to a determination
5 of the issues presented by the petition.  If Respondent contends that Petitioner has failed to
6 exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall
7 specify what state remedy remains available to Petitioner.  If Respondent waives or concedes the
8 issue of exhaustion, Respondent shall so state in the answer.

9     (3)    Petitioner may file a traverse responding to matters raised in the answer within
10 thirty (30) days after receiving the answer.

11     (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon
12 the filing of the traverse or upon the expiration of time to file a traverse.

16 DATED:  12/8/2010

                                                                                                                                         _____
                                                                                                                                         JEREMY FOGEL
                                                                                                                                        United States District Judge

Case No. 5:10-cv-05027-JF
ORDER TO SHOW CAUSE
(JFLC2)

1  A copy of this order was served on the following persons:

2

3  Counsel for Petitioner:

4  Marc Jonathan Zilversmit
   Attorney at Law
5  523 Octavia Street
   San Francisco, CA 94102
6

7  Counsel for Respondent:

8  Office of the Attorney General of the State of California
   455 Golden Gate Avenue
9  Suite 11000
   San Francisco, CA 94102-3664
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-05027-JF
ORDER TO SHOW CAUSE
(JFLC2)