**E-Filed 8/10/11**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ROBERTSON,<br><br>Petitioner,<br><br>vs.<br><br>RISË JONES PICHON, JUDGE OF THE SANTA CLARA SUPERIOR COURT and THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA<br><br>Respondents. | No. C 10-05027 JF<br><br>[proposed] **ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until October 4, 2011 to file his Traverse.

Dated: August 10, 2011

_____
The Honorable Jeremy Fogel